# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

December 15, 2020

**BY ECF**

Hon. Debra Freeman, U.S.DM.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Pena, et al. v. Carib Inc., et al.*
     <u>Case No. 20-CV-7810 (PAE) (DF)</u>

Dear Judge Freeman,

  We are counsel to the plaintiffs in the above referenced matter. Pursuant to the Court's Scheduling Order, the defendants were to have produced all wage and hour records in their possession by December 11, 2020. However, on December 8, 2020 we were advised by defense counsel that the defendants were seeking an extension of time until December 28, 2020 to produce those documents because they remain in the process of gathering the relevant records. While we advised that plaintiffs consent to the extension, we further highlighted the fact it would cause a delay in plaintiffs being able to provide their initial damages computation by the January 8, 2021 deadline, and the parties' ability to advise the court by January 22, 2021 of their settlement discussions.

  Accordingly, the parties jointly request an extension of time to file their joint status report regarding settlement discussions until on or before February 5, 2021.

  No prior request for similar relief has been made.

  We thank the Court for considering this application.

              Respectfully submitted,

              /s/

              Justin Cilenti

cc: Michael K. Chong, Esq. (by email)

---

SO ORDERED

*/s/ Debra Freeman*

DEBRA FREEMAN
United States Magistrate Judge
Dated: 12/16/2020